**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| Allen Schrieber | Case No. 2:14-cv-00393-MHB |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| National Credit Adjusters, LLC | |
| Defendant. | |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By:    /s/ Jeffrey S. Hyslip__(Pro Hac Vice)
    Jeffrey S. Hyslip
    Attorney for Plaintiff
    917 W. 18th Street
    Suite 200
    Chicago, IL  60608

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Robbie Malone, Esq.
8750 N. Central Expy, Suite 1850
Dallas, TX  75231
Counsel for:
National Credit Adjusters, LLC

/s/ Jeffrey S. Hyslip (Pro Hac Vice)