# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allen Schrieber, | CIV-14-393-PHX-MHB |
| Plaintiff, | **ORDER** |
| vs. | |
| National Credit Adjusters, LLC, | |
| Defendant. | |

The Court, having been notified that the parties have reached a settlement in this matter (Doc. 8),

**IT IS ORDERED** that this matter be dismissed by the Clerk of the Court without further notice sixty (60) days from the date of this Order, unless prior thereto a judgment or order of dismissal is entered or a request for reinstatement on the Court's trial calendar is filed herein.

DATED this 31st day of March, 2014.

_Michelle H. Burns_
Michelle H. Burns
United States Magistrate Judge